**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

JACQELINE A. VANDEHEY, individually
and on behalf of all others similarly situated,

               Plaintiff,

          *vs.*                       Case No. 1:18-cv-01086-WCG

SEQUIUM ASSET SOLUTIONS, LLC, a
Georgia Limited Liability Company, and
JOHN DOES,

               Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, Jacqueline A. Vandehey, hereby notifies the Court that she and Defendant,

Sequium Asset Solutions, LLC, have reached a settlement as it relates to her individual claims.

The Parties plan to file a Stipulation of Dismissal (with prejudice as to Plaintiff and without

prejudice as to the rights of the putative class) once they have finalized the necessary paperwork.

                      Respectfully submitted,

                           *s/Andrew T. Thomasson*

Dated: April 12, 2019
                           *Andrew T. Thomasson*
                     Francis R. Greene (WI Bar # 1115577)
                     Philip D. Stern (NJ Bar # 045921984)
                     Andrew T. Thomasson (NJ Bar # 048362011)
                     *Attorneys for Plaintiff, Jacqueline A.*
                     *Vandehey*
                     STERN•THOMASSON LLP
                     150 Morris Avenue, 2nd Floor
                     Springfield, NJ 07081
                     Telephone: (973) 379-7500
                     E-mail: Philip@SternThomasson.com
                     E-mail: Andrew@SternThomasson.com
                     E-mail: Francis@SternThomasson.com